**EXHIBIT 1**

amazon prime
Deliver to [redacted]
Plano 75093
Tools & Home Improvement
Search Amazon
EN
Hello, [redacted]
Account & Lists
Returns
& Orders
1

All | alexa for shopping | Prime Video | Today's Deals | Coupons | Buy Again | Subscribe & Save | TV & Video | Kindle Books | Books

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home

Subtotal
$20.24
Go to Cart



$20.24
Only 1 left in stock - order soon.
1

Sponsored

Tools & Home Improvement › Lighting & Ceiling Fans › Novelty Lighting › LED Strip Lights



4+
6 VIDEOS



Click to see full view

# RGBIC Smart LED Backlight with Camera for 55-70 inch Screens, 12.48ft LED Strip Lights Sync to Screen & Music, Color Changing Lights Compatible with Alexa & Google Assistant, App Control

Visit the Ailofy Store

4.1 ★★★★☆ (690) |

Search this page

**400+ bought** in past month

Limited time deal

-10% $26.99

($29.34 / count) Price history

Typical price: ~~$29.99~~

prime

FREE Returns

**Save up to 8%** on this product with business-only pricing.

Switch to Business

Size: **12.48FT for 55-65…**

| 12.48FT for 55-65 inch… | 16.4FT for 75-85 inch… |
|---|---|
| $26.99 ($29.34 / count) ~~$29.99~~ FREE Delivery Sunday | $59.49 ~~$69.99~~ FREE Delivery Tomorrow 10 AM - 3 PM |

| | |
|---|---|
| **Color** | Black |
| **Brand** | Ailofy |
| **Indoor/Outdoor Usage** | Indoor |
| **Special Feature** | APP & Voice Control, Color Changing, Dimmable, |

See more

## About this item

- Upgraded Ailofy Panoramic Wide-Angle Camera Technology: The upgraded

$26.99 ($29.34 / count)

Price history

prime

FREE delivery **Sunday, August 2**

Deliver to Fang - Plano 75093

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Ailofy US |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more

Add to Auto Buy

Add to List

amazon business

**Save up to 8%** on this product with business-only pricing.

Switch to Business



Philips Hue Indoor 16 Ft Smart L…
4.5 1,158
$75.00

Sponsored

### Ask Alexa

Can it be controlled with a smartphone?

Does it have a timer function?

Sponsored Why choose Ailofy tv led backlights?

Is it easy to set up?

Why you might like this

Ask something else

panoramic wide-angle camera captures color information across the TV screen for fuller sync input. Paired with optimized color processing, it helps improve edge color matching and creates a more balanced, immersive backlight effect around the TV.

- RGBIC Multi-Zone Color Sync: RGBIC combines red, green, and blue LEDs with integrated circuit control, allowing different lighting zones to display different colors at the same time. Unlike conventional RGB strips that show one color across the entire strip, it syncs multiple colors with different areas of your TV screen for a more immersive viewing experience.
- Ailofy Light Ecosystem for a Whole-Room 360° Experience: Sync your TV backlight with other compatible Ailofy lights so the atmosphere is no longer limited to the screen, but expands across the room with a more unified and immersive lighting effect.
- Broad TV Content Compatibility for Everyday Entertainment: Ailofy is designed to sync with a wide range of TV content, including streaming, online videos, gaming, sports, parties, and everyday room ambiance, creating a more engaging lighting experience across different viewing moments.
- Smart App Control, DIY Scenes, and Ailofy Community: Control your lights through the Ailofy App or use Alexa and Google Assistant for hands-free convenience. Adjust brightness, colors, and preset modes, or create your own DIY scenes. You can also explore the Ailofy community to share ideas, discover setups, and get help from other users.
- Usage Tips: For faster calibration, use a mobile hotspot or stay close to your router. Avoid strong direct light during setup for better color capture. The camera is designed to detect screen colors only and does not record, so you can enjoy a more immersive atmosphere with greater peace of mind.

› See more product details

Subtotal
$20.24
Go to Cart



$20.24
Only 1 left in stock - order soon.

1

Report an issue with this product or seller

## Consider a similar item


Amazon's Choice



Nexillumi LED Lights for TV, 16.4 ft TV LED Backlight for 55-75 Inch, RGB LED Strip Lights Behind TV with APP Remote Control, Music Sync Smart Led Ambient Lighting for Bedroom Gaming Room Decor

(1530)

$8.99 ($0.55/feet)

prime

3 sustainability features

Sponsored


Subtotal

$20.24

Go to Cart



$20.24

Only 1 left in stock - order soon.

1

## Bundle these items



+



+



Total price: $44.65

Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

**This item:** Ailofy RGBIC Smart LED Backlight with Camera for 55-70 inch Screens, 12.48ft…

4.1 690

-10% $26.99 ($29.34/count)

Limited time deal

Typical: ~~$29.99~~


Sponsored

LED Strip Light Clip FMHXG 50PCS White Mounting Brackets Cable Holders with 3…

4.3 45

$7.99 ($0.16/count)

prime

Sponsored

LED Power Supply 12V DC Transformer for Strip Lights - AC 100-240V to DC1…

$9.67


## 4 stars and above Sponsored



GIPOYENT TV LED Backlight with Camera, 10.5FT RGBIC Screen Sync Lights for 32–50…
4,541
-22% $27.99
Typical: ~~$35.99~~
prime Tomorrow
FREE delivery **Tomorrow 10 AM - 3 PM**
You pay $26.59 with coupon



Govee TV LED Backlight, RGBIC Smart LED Strip Lights for 70-80 inch TVs | 99+ Scene...
6,289
Amazon's Choice
$35.99 ($2.40 / feet)
prime Overnight
FREE delivery **Overnight 7 AM - 11 AM**



Govee TV Backlight 3 with Dual 4MP Lens, TV Lights Sync to 55-65 Inch TVs | RGBWIC ...
113
#1 New Release
$109.99 ($9.32 / feet)
prime Tomorrow
FREE delivery **Tomorrow 10 AM - 3 PM**




NEEWER Basics TV Backlight for 55"-65" Screens, 11.8ft/3.6m LED RGB Light Strips wi...
73
Limited time deal
-25% $44.99
($0.62 / count)
List: ~~$59.99~~
prime Tomorrow
FREE delivery **Tomorrow 10 AM - 3 PM**



Govee TV Backlight 3 Lite, 11.8ft LED Strip Lights Sync with 55-65 Inch TVs | Upgra...
10,320
-17% $74.99
($6.36 / feet)
List: ~~$89.99~~
prime Overnight
FREE delivery **Overnight 7 AM - 11 AM**
1 sustainability feature

Subtotal
$20.24
Go to Cart



$20.24
Only 1 left in stock - order soon.
1

## Products related to this item Sponsored



Govee TV Backlight 3 Lite, 11.8ft LED Strip Lights Sync with 55-65 Inch TVs | Upgra...
10,320
-17% $74.99
($6.36 / feet)
List: ~~$89.99~~
prime Overnight
FREE delivery **Overnight 7 AM - 11 AM**
1 sustainability feature



TV Backlight with Camera for 55-65" TVs, 12.5ft LED Strip Lights, Real-Time Full-Sc...
50
$49.99
prime Tomorrow
FREE delivery **Tomorrow, Jul 31**




FFJ TV LED Backlight with Sensor, 14.7ft Cuttable RGB Lights that Change with TV fo...
459
Limited time deal
-40% $29.98
List: ~~$49.99~~
prime Tomorrow
FREE delivery **Tomorrow, Jul 31**



Smart Corner Floor Lamp, RGBICW LED Standing Lamp with App Control, 16 Million...
157
Limited time deal
-26% $22.08
Typical: ~~$29.99~~
prime Tomorrow
FREE delivery **Tomorrow 10 AM - 3 PM** on $25 of qualifying items




GIPOYENT LED TV Backlights with Camera, 13.7FT TV Lights that Change with for 45-65...
4,541
$36.99
FREE delivery **Thu, Aug 6** for Prime members

## Product description









Subtotal
$20.24
Go to Cart



$20.24
Only 1 left in stock - order soon.

1

Q What's the difference between a camera-based backlight and a sensor-based one?

Q Why does my TV backlight sometimes show inaccurate colors or mismatched lighting?

Q Can this TV backlight sync with other Ailofy lights?

Q Will this fit my TV, and why isn't the light strip cuttable?

Q Is it difficult to install and use?

## Product information

### Features & Specs

### Additional details

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?**

### Style

### Measurements

### Item details

Subtotal
$20.24
Go to Cart



$20.24
Only 1 left in stock - order soon.

1

## Product Videos

**Ailofy US**
How to install CAM TV backlight & calibration

### Looking for specific info?

Ask Alexa or search reviews and Q&A

Can it be controlled with a smartphone?

Does it have a timer function?

Is it easy to set up?

Does it work with gaming consoles?

Can the brightness be adjusted?

## From the brand

Ailofy is dedicated to brightening lives with smart lighting!

We believe lighting should be both functional and a source of joy and personalization. We focus on creating innovative smart home lighting designed for modern living.

Whether it's for a cozy home, immersive gaming, or charming outdoor parties, Ailofy makes it easy for everyone to enjoy smart living and express their unique style.

Subtotal
$20.24
Go to Cart



$20.24
Only 1 left in stock - order soon.

1

## Product guides and documents

User Guide (PDF)

## Safety and product resources

### Safety documents

User Guide (PDF)

## What's in the box

- 12.48ft TV LED Backlights x1
- HD Camera Controller x1
- Power Adapter x1
- Quick Start Guide x1
- Wire Adhesive Clips x5, Adhesive Clips x10, Cleaning Wipe x1

## Related products with free delivery Sponsored




TV LED Backlight 20ft - LED Lights for TV for 55-85" RGB Cuttable | TV Lights That...
121
$35.99
prime Two-Day
FREE delivery Sat, Aug 1



Linkind TV Backlight, HDMI 2.1 Sync Box with AI LumiSync Technology | Direct HDMI R...
1
-18% $139.99
List Price: ~~$169.99~~
prime Two-Day
FREE delivery Sat, Aug 1



TV LED Backlight Sync to Screen TV LED Lights that Change with TV Picture Immersive...
40
$34.99
prime Tomorrow
FREE delivery Tomorrow, Jul 31




Govee TV Backlight 3 Lite, 11.8ft LED Strip Lights Sync with 55-65 Inch TVs | Upgra...
10,320
-17% $74.99
($6.36 / feet)
List: ~~$89.99~~
prime Overnight
FREE delivery Overnight 7 AM - 11 AM
1 sustainability feature



Govee TV LED Backlight, RGBIC Smart LED Strip Lights for 55-65 inch TVs | 99+ Scene...
6,289
Amazon's Choice
-20% $23.99
($1.92 / feet)
List: ~~$29.99~~
prime Overnight
FREE delivery Overnight 7 AM - 11 AM on $25 of qualifying items

Subtotal
$20.24
Go to Cart



$20.24
Only 1 left in stock - order soon.

1

Sponsored

## Similar brands on Amazon

Sponsored



NEEWER 16.4ft/5m LED Strip Lights, Smart AI RGB IC Flexible Cuttable Neo…
4.5 58
15% off Limited time deal
$59.49 List: ~~$69.99~~



DAYBETTER Smart LED Light Bar,RGBICWW WiFi TV Light Bars for…
4.7 26
$29.99



## Customer reviews

4.1 out of 5

690 global ratings

| | |
|---|---|
| 5 star | 63% |
| 4 star | 13% |
| 3 star | 10% |
| 2 star | 5% |
| 1 star | 9% |

How customer reviews and ratings work




Allegra D antihistamínico para...
MX$387.22 ~~MX$413.00~~ prime
4.7 125

Sponsored

## Customers say

Customers find the LED lights bright and easy to install, considering them worth the price. The adhesion and durability receive negative feedback, with customers reporting that the adhesive isn't good enough and the lights fall off after a day of use. Moreover, the color accuracy and connectivity are mixed aspects, with some customers appreciating the colors while others note the red hue is too prominent, and several customers report issues with the device disconnecting frequently.

Generated from the text of customer reviews

**Select to learn more**

Brightness (72) | Installation (68) | Value for money (31) | Reliability (77) | Color (41) | Connectivity (20) | Adhesion (24) | Durability (18)

## Top reviews from the United States

Translate all reviews to English

Sarah Kirby

**Good product**

Reviewed in the United States on July 11, 2026

Size: 12.48FT for 55-65 inch TVs | Verified Purchase

Pretty good arrived fast easy set up and works good

Helpful | Report

Luis Angel Peralta Zapata

**Excelente producto...**

Reviewed in the United States on July 27, 2026

Size: 12.48FT for 55-65 inch TVs | Verified Purchase

Excelente producto.

Helpful | Report

Alexander

**Good for it's price**

Reviewed in the United States on July 20, 2025

Size: 16.4FT for 75-85 inch TVs | **Verified Purchase**

Very easy to install.

Very hard to calibrate, calibration can only be done on a phone in vertical mode using about half the phone screen. With the fisheye effect from the camera, putting the points for the lower edges of the screen is near impossible because the top half of the screen roughly fills 80% of the calibration picture.

If you have a bright living room (or whatever room you have your TV in), glare from the screen can be picked up from the camera making the lights turn on.

The lights use the color red a bit too much in my opinion, when you have something like wood, skin or anything with a slight orange hue, the backlights are bright red.

One person found this helpful

Helpful | Report

Amazon Customer

**Gaming**

Reviewed in the United States on July 27, 2026

Size: 12.48FT for 55-65 inch TVs | **Verified Purchase**

These work great

Helpful | Report

Mr.V

**It gets a solid MEH**

Reviewed in the United States on August 14, 2025

Size: 16.4FT for 75-85 inch TVs | **Verified Purchase**

My prior TV had a more basic light strip that plugged into the TV USB and had basis color capability. It came on and off with the TV. I bought a new 77' TV so I decided to upgrade my backlight too. I bought this one over more expensive equivalents from Govee. Overall, it gets the job done but you get what you pay for. I bought the largest one (75-85) since I have a 77" TV but I had a lot of leftover slack. I should have bought the mid-sized one (65-75).

What I liked:

It was easy to install and setup. I had it working in just 15 min. It works as advertised. The lights definitely add a fun extra dimension to TV viewing. The app was easy to install and mostly intuitive. It has a lot of nice features. For instance, it has different presets for different moods and many customizable features as well. You can control the brightness of it as well. Of course, it changes color with the screen. You can synchronize it with other Ailofy products as well.

Read more

14 people found this helpful

Helpful | Report

Taylor Arispe

**Needs app, app not available.**

Reviewed in the United States on June 17, 2026

Size: 12.48FT for 55-65 inch TVs | **Verified Purchase**

Requires app to connect and control lights, app not available/found to download for IPhone users in the US. I was so excited for this too and I'm very upset about the wasted money. Will never be buying from Ailofy again.

3 people found this helpful

Helpful | Report

Mr. Lopez

Subtotal
$20.24
Go to Cart



$20.24
Only 1 left in stock - order soon.
1

★★★★★ **Easy set up on my 85 in**

Reviewed in the United States on July 5, 2026

Size: 16.4FT for 75-85 inch TVs | **Verified Purchase**

Not sure why this has 2 or 3 star reviews.. but I installed in under 30 min and haven't had



Helpful | Report

Juan Pablo Villamil

★★★★★ **Lo que se ofrece por el vendedor**

Reviewed in the United States on July 20, 2026

Size: 12.48FT for 55-65 inch TVs | **Verified Purchase**

Excelente hasta el momento hay que esperar su durabilidad

Helpful | Report

Translate review to English

See more reviews

## Top reviews from other countries

Translate all reviews to English

Client d'Amazon

★☆☆☆☆ **Pas terrible**

Reviewed in Belgium on March 13, 2025

Size: 16.4FT for 75-85 inch TVs | **Verified Purchase**

Installation compliquée et ne fonctionne pas . J ai du le renvoyer

Report

Translate review to English

Ken Kates

★★★★★ **Works nicely**

Reviewed in Australia on August 5, 2025

Size: 16.4FT for 75-85 inch TVs | **Verified Purchase**

Work nicely, although they have a tendency to come on by themselves due to movement in the room? But odd I thought

Report

Spence

★★★★★ **Satisfied**

Reviewed in Australia on August 16, 2025

Size: 16.4FT for 75-85 inch TVs | **Verified Purchase**

Very Satisfied with outcome after several emails. I received a full refund.

Report

Cheevahn

★★★☆☆ **Does not fit full 85 inch corners,**

Reviewed in Australia on February 25, 2026

Size: 16.4FT for 75-85 inch TVs | **Verified Purchase**

Amazing colour but had trouble with the lights staying Red while viewing movies.

For an 85 inch TV the corners of the light do not connect so you do not get a full strip of light around the TV, there are gaps in the corners.

Report

Subtotal
$20.24

Go to Cart



$20.24
Only 1 left in stock - order soon.

1

See more reviews

Subtotal
$20.24
Go to Cart



$20.24
Only 1 left in stock - order soon.

1

Sponsored

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter
- Promotional Financing

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

amazon English United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

Subtotal
$20.24

Go to Cart



$20.24
Only 1 left in stock - order soon.

1