**EXHIBIT 3**

**Exemplary Claim chart - Infringement of U.S. Patent No. 8,884,546 by AILOFY B0BM8M9HYJ**

| Elements of Asserted Claim 4 | Exemplary Claim Chart |
|---|---|
| A driving apparatus for light-emitting diode curtain lamp applied to an alternating current power source and at least a light-emitting diode light string, the driving apparatus for light-emitting diode curtain lamp including: | The AILOFY B0BM8M9HYJ (hereinafter "AILOFY") provides a driving apparatus for light-emitting diode curtain lamp applied to an alternating current power source and at least a light-emitting diode light string.<br><br>For example, as show in FIG. 1, FIG. 2, the accused product includes a light-emitting diode light string having a plurality of LED lamps, an alternating current power source.<br><br>FIG. 1 (product)<br><br>FIG.2 (photo & circuit diagram of the light-emitting diode light string) |

**Claim chart - Infringement of U.S. Patent No. 8,884,546 by AILOFY B0BM8M9HYJ**

| Elements of Asserted Claim 4 | Exemplary Evidence of Infringement |
| --- | --- |
| a master control unit including a power negative terminal pin of master control unit and a signal output pin of master control unit, | FIG. 3 shows the master control unit that includes a power negative terminal pin (red frame) and a signal output pin (orange frame).   FIG. 3 (master control unit) |

**Claim chart - Infringement of U.S. Patent No. 8,884,546 by AILOFY B0BM8M9HYJ**

| Elements of Asserted Claim 4 | Exemplary Evidence of Infringement |
|---|---|
| the master control unit being electrically connected to the alternating current power Source; | The AILOFY product includes the claimed master control unit. For example, as shown in FIG. 4, the alternating current power source provides the power and electrically connected to the master control unit by transmission line.<br><br><br>FIG. 4 (alternating current power source connect to the master control unit) |

<table>
<tr><th>Elements of Asserted Claim 4</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td>and at least a slave control unit including a signal input pin of a slave control unit, a signal output pin of slave control unit, a power positive terminal pin of slave control unit, and a power negative terminal pin of slave control unit,</td><td>

FIG. 5 shows the part of the LED light string of the accused product, and slave control unit is pointed out in red frame shown in FIG. 6. It shows a signal input pin, a signal output pin, a power positive terminal pin, and a power negative terminal pin, which the circuit diagram of the slave control unit shows in FIG. 2 and FIG. 10.




FIG. 5 (a part of the LED light string)




FIG. 6 (slave control unit)

</td></tr>
</table>

| Elements of Asserted Claim 4 | Exemplary Evidence of Infringement |
|---|---|
| the slave control unit being electrically connected to the master control unit and the light-emitting diode light String, wherein the slave control unit is controlled by the master control unit to drive the light-emitting diode light string: | AILOFY includes at least a slave control unit on the light-emitting diode light string shown in FIG. 7, and it also includes a transmission line electrically connected to the master control unit and the slave control unit shown in FIG. 8, therefore the master control unit and the slave control unit are electrically connected by a transmission line. Furthermore, we measured the waveform of the signal output pin of the master control unit and the signal input pin of the slave control unit of the accused product. As shown in FIG. 9A, these two signals are the same, so the signal output pin of the master control unit and the signal input pin of the slave control unit electrically connected. Additionally, during measurement of the RGB signal, the DI and DO pins of the slave control unit were captured respectively, as shown in FIGs 9B, 9C, and 9D. These measurements confirm that the slave control unit is controlled by the master control unit to drive the light-emitting diode light string.<br><br><br>FIG. 7 (Slave control unit marked by blue frame)<br><br><br>FIG. 8 (master control unit connected to slave control unit by the transmission line) |




FIG. 9A




FIG. 9B




FIG. 9C




FIG. 9D

**Claim chart - Infringement of U.S. Patent No. 8,884,546 by AILOFY B0BM8M9HYJ**

| Elements of Asserted Claim 4 | Exemplary Evidence of Infringement |
|---|---|
| the signal output pin of master control unit is electrically connected to the signal input pin of slave control unit; the power negative terminal pin of master control unit is electrically connected to the power positive terminal pin of slave control unit. | FIG. 10 is a partial circuit diagram reverse-engineered from the light-emitting diode light string and combined with FIG. 8, it indicates the data signals are outputted from the master control unit through the DO pin of the master control unit and transmitted to the first slave control unit. The slave control unit receives the data signals through the DI pin of the light-emitting diode light string. Therefore, the master control unit and the slave control unit are electrically connected by a transmission line. Electrically connected means that two or more components or parts are joined in a way that allows electrical current to flow between them. In addition, according to the circuit diagram, the accused product of the power positive terminal pin of the master control unit is electrically connected to the power positive terminal pin of the slave control unit. The power negative terminal pin of the master control unit is electrically connected to the power negative terminal pin of the slave control unit, current flow from the power positive terminal pin of the slave control unit to the power negative terminal pin of the slave control unit. Therefore, the power negative terminal pin of the master control unit is electrically connected to the power positive terminal pin of the slave control unit as well. |




FIG. 10 (a part of circuit diagram about FIG. 7)