寄件人： patent-evaluation@amazon.com
標題： RE:[CASE 20311522211] Re: RE:[CASE 20304576841] Invitation to Amazon’s Patent Evaluation Express Program
日期： 2026年6月8日 晚上11:14
收件人： jackyp@semitech.com.tw

P

amazon

Hello,

Thank you again for providing a completed Amazon Patent Evaluation Express Agreement. Since one or more sellers have chosen to participate in this process representing ASIN B0F1XGYD3W, we are in the process of selecting an evaluator to initiate an evaluation proceeding.

Regarding the remaining ASINs, none of the reported sellers chose to participate. As a result, we are in the process of removing the following content based on the information you provided.

ASINs: B0F9F3F4NP
B0DNNLMLXN
B0DY2YGTR7
B0F5VVQGPC
Complaint ID: 20300993071

We have provided your email address to the reported sellers. You may be contacted by them to provide a retraction for this report. If you believe the original report was made in error, you may email patent-evaluation@amazon.com with the following information to retract the report:

-- Seller ID:
-- Complaint ID:
-- ASINs impacted: