amazon

Hello from Amazon Selling Partner Support,

My name is Gaurav. I am a Live Channel Specialist and I'm contacting you to follow up on your inquiry regarding the Amazon Patent Evaluation Express (APEX) program and the reported patent infringement on your ASIN B0F9F3F4NP.

I understand your concern about confirming whether Amazon has ever sent you an APEX invitation. I appreciate your patience while we looked into this for you.

I would like to clarify how the APEX program works so you have a better understanding of the process:

APEX is a program designed for US utility patent owners to report listings that may infringe on their patents. Sellers are not invited to join the program in advance.

When a patent owner files an APEX application against a seller's listing, Amazon contacts the reported seller via email. This email gives the seller the opportunity to participate in the evaluation and defend their listings. This is not a general program invitation but a notice that a claim has been filed against your listing.

If the complainant's attorney is referring to an APEX invitation, they are most likely referring to this notification. It would have informed you about the patent infringement claim and given you the option to participate in the evaluation process.

Participation in the APEX evaluation is voluntary. If a seller does not opt in to participate, Amazon will remove the reported listings from the store.

We recommend the following steps:

- Submit an appeal from your Account Health Dashboard for the Intellectual Property Complaints violation on ASIN B0F9F3F4NP.
- You can access this directly here:
https://sellercentral.amazon.com/performance/account/health/product-policies
- Continue monitoring your registered email accounts for any further communications from our internal team.

If you have additional questions or need further assistance, please do not hesitate to reach out.

To help us continually improve, we ask that you take a moment to complete our survey below to tell us about your experience with this specific interaction.

Were you satisfied with the support provided?

**Yes** **No**

Thank you for selling with Amazon,

Gaurav K.
Amazon.com Seller Support

========================================

MORE WAYS TO GET HELP:
Visit our Seller Forums for help from other sellers: http://sellercentral.amazon.com/forums
Browse all Seller Help topics: http://sellercentral.amazon.com/gp/help

To contact us again about this issue, please use the Contact Us form in Seller Central using the following link:

https://sellercentral.amazon.com/cu/case-dashboard/view-case?caseID=21252106131

Please note: this e-mail was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.